IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS JOSEPH CUTAIA,

    Plaintiff,

v.                                    CASE NO. 4:08-cv-00329-MP-WCS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 29, Plaintiff's Motion to Notify of Filing. On December 10, 2008, this Court dismissed Plaintiff's complaint for lack of jurisdiction. After Plaintiff's complaint was dismissed, the Magistrate entered on December 10, 2008, an order (Doc. 27) denying a still-pending motion by Plaintiff "to supplement defamatory utterances" (Doc. 23). In the instant motion, Plaintiff states that he mailed on December 31, 2008, a 22-page motion for rehearing, 14 pages of exhibits, and two other motions "to supplement defamatory utterances." Doc. 29. However, the Court received no such filings. It is not clear what relief, if any, Plaintiff is seeking in the instant motion, and it does not appear that any relief is warranted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

Plaintiff's Motion to Notify of Filing, Doc. 29, is DENIED.

**DONE AND ORDERED** this *14th* day of January, 2009

                         *s/Maurice M. Paul*
                     Maurice M. Paul, Senior District Judge