IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS JOSEPH CUTAIA,

    Plaintiff,

v.                              CASE NO. 4:08-cv-00329-MP-WCS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 32, Plaintiff's motion for rehearing, which the Court construes as a motion for reconsideration. In his motion, Plaintiff asks this Court to reconsider its December 10, 2008, order adopting the Magistrate's Report and Recommendation and dismissing Plaintiff's complaint. Finding no reason to reconsider that order, it is hereby

**ORDERED AND ADJUDGED:**

Plaintiff's motion for reconsideration, Doc. 32, is DENIED. This case is closed.

**DONE AND ORDERED** this  *5th*  day of February, 2009

                    *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge